UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EUGENIA SCHWARZ,

                         Plaintiff,                                         **ORDER**
                                                                           **10-CV-562 (BMC)(LB)**

                        - against -

DEPARTMENT OF JUSTICE, Civil and Criminal
Divisions; and DEPARTMENT OF HOMELAND
SECURITY,

                        Defendants.

------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      The Honorable Brian M. Cogan has assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Both plaintiff and defendants are required to follow these rules. Plaintiff is to provide a copy of this Order and the enclosed rules to defendants along with the summons, complaint and amended complaint.

      The Court's records reflect that the complaint in this action was filed on January 29, 2010. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by May 31, 2010 or plaintiff fails to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

                                                       /Signed by Judge Lois Bloom/

                                                       LOIS BLOOM
Dated: February 18, 2010                        United States Magistrate Judge
       Brooklyn, New York